BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Corbin K. Barthold (State Bar No. 297938)
  cbarthold@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff EVOX Productions,
LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a California limited liability company<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CYBERSET CORP,, a California corporation<br><br>　　　　Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>**1. COPYRIGHT INFRINGEMENT**<br><br>**2. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT**<br><br>**DEMAND FOR JURY TRIAL** |

697865.1

Plaintiff EVOX Productions, LLC, ("EVOX") alleges:

**INTRODUCTION**

1.     EVOX has been in business for twenty years, licensing high-quality photo, video, and interactive automotive vehicle imagery.  It has created a library with over one million unique images and videos that is widely recognized as the best quality and most comprehensive of its kind in the United States.  Its library includes pictures of over 9,000 makes and models of cars that have been sold in the United States from 2000 to the present.  In order to protect its investment and valuable intellectual property, EVOX owns registered copyrights in the images in its library.  A copyright registration may include multiple still images for a car, including exterior spins and interior panoramas.

2.     EVOX's images display information that identify EVOX as the copyright owner, including the phrase "© EVOX IMAGES."   EVOX IMAGES is a registered trademark of EVOX (registration number 3,649,661).

3.     Cyberset Corp ("Cyberset") advertises itself as "an all-in-one internet marketing company" that offers "a wide range of internet marketing services." Cyberset, www.cyberset.com (as of Sept. 29, 2016).

4.     From around 2012 to around 2014, Cyberset managed the website of a company called California Rent-A-Car ("CRAC").  Customers can use CRAC's website (www.californiarac.com) to make, modify, and cancel reservations for cars. Throughout the period that it managed CRAC's website, Cyberset was responsible for placing on the website pictures of the types of cars that CRAC offered for rent.

5.     In the last three years CRAC's website has displayed, without EVOX's authorization, at least 155 images copyrighted to EVOX.  Many of these images were placed on CRAC's website by Cyberset.

6.     When displaying EVOX's digital images on CRAC's website, Cyberset removed the information identifying EVOX as the copyright owner or distributed the copyrighted images with the knowledge that the copyright information had been

1  removed or altered without EVOX's permission.

## PARTIES

2

3      7.     EVOX is a Delaware limited liability company with its principal place

4  of business at 2363 E. Pacifica Place, Rancho Dominguez, California.

5      8.     Cyberset is a California corporation with its principal place of business

6  in Woodland Hills, California.

## JURISDICTION AND VENUE

7

8      9.     This Court has subject matter jurisdiction over the infringement of

9  United States copyrights pursuant to 17 U.S.C. § 501 *et seq*. and 28 U.S.C. §§ 1331

10  and 1338(a).

11      10.    This Court has subject matter jurisdiction over violations of the Digital

12  Millennium Copyright Act ("DMCA") pursuant to 17 U.S.C. § 1202 *et seq*. and 28

13  U.S.C. §§ 1331 and 1338(a).

14      11.    This Court has personal jurisdiction over Cyberset (1) because Cyberset

15  is a California corporation with its principal place of business in California that

16  regularly conducts business in California, and (2) because Cyberset's copyright

17  infringement and violations of the DMCA have occurred in this District and were

18  intended to cause EVOX harm in this District.

19      12.    Under 28 U.S.C. § 1391, venue is proper in this District because

20  Cyberset has its principal place of business in this district and regularly conducts

21  business here.  Venue is proper also because a substantial part of the events or

22  omissions giving rise to EVOX's claims for infringement and violations of the

23  DMCA occurred in this District.

## ALLEGATIONS COMMON TO ALL CLAIMS

24

25      13.    Since 2000, EVOX has created and licensed high-quality digital

26  photographs and other images of car makes and models in the United States.

27      14.    EVOX owns the copyrights to more than one million photographs and

28  other images of cars.

15.     EVOX recently discovered that CRAC has been displaying EVOX's copyrighted images on its website (www.californiarac.com).  EVOX never authorized CRAC's use of these copyrighted images.  So EVOX sued CRAC.  See *EVOX Productions, LLC v. California Rent-A-Car, Inc.*, 15-cv-8046 (C.D. Cal.).  On July 26, 2016, the court in the *California Rent-A-Car* action ruled that CRAC is liable for copyright infringement.  See *id.* Dkt 51.

16.     During discovery in the *California Rent-A-Car* action, CRAC's president, Steve Vahidi, testified at deposition that Cyberset managed CRAC's website from around 2012 to around 2014.  Vahidi testified also that Cyberset was directly responsible for much of the copyright infringement and DMCA violation connected to CRAC's website:

> Q:     Where did Rent-A-Car obtain the photos that appear
>         on its website . . . ?
> A:      A lot of them, if I recall correctly, were done by
>         Cyberset.
>                          *       *       *
> Q:     When photos with the letters E-v-o-x . . . were used
>         by California Rent-A-Car on its website, who was working
>         with you on the website?
> A:      Originally it started with Cyberset[.]
>                          *       *       *
> Q:     When Cyberset worked on Rent-A-Car's website
>         . . . , did they put photos on Rent-A-Car's website?
> A:      Yes, they actually did put photos on the website.

17.     Cyberset used EVOX's copyrighted images.  Further, Cyberset intentionally—and without the authority of EVOX—removed information identifying EVOX as the copyright owner of its images.  Cyberset also distributed EVOX's copyrighted images with the knowledge that the copyright management

1  information had been removed or altered without EVOX's permission.

## COUNT ONE

### (Copyright Infringement, 17 U.S.C. § 501 *et seq*.)

18.    EVOX re-alleges the allegations contained in the preceding paragraphs.

19.    Each of the EVOX images Cyberset used is an original pictorial work and constitutes copyrightable subject matter under 17 U.S.C. §§ 101 and 102.

20.    EVOX did not authorize Cyberset (or CRAC) to copy, display, distribute or transmit EVOX's copyrighted images.

21.    Cyberset has infringed EVOX's copyrights through copying, public display, distribution, or transmission of EVOX's protected images.

22.    Cyberset's infringement has been willful.  Cyberset was aware that it was using EVOX's copyrighted images without authorization from EVOX or recklessly disregarded EVOX's rights in the copyrighted images.  Cyberset's willful intent is evidenced by, among other things, the fact that Cyberset holds itself out to the public as an expert in internet marketing.

23.    EVOX has been damaged by Cyberset's willful infringement in a sum to be determined.

## COUNT TWO

### (Violation of the Digital Millennium Copyright Act)

24.    EVOX re-alleges the allegations contained in the preceding paragraphs.

25.    EVOX embedded copyright management information in its Copyrighted Images, including logos or registered trademarks that identified EVOX as the copyright owner.

26.    In violation of 17 U.S.C. § 1202(b), Cyberset has knowingly—and with the intent to induce, enable, facilitate, or conceal infringement—removed or altered identifying information about the copyright owner of copyrighted images Cyberset placed on CRAC's website.  Cyberset has also distributed EVOX's copyrighted images via CRAC's website while knowing that information about EVOX as the

1  copyright owner has been removed or altered without authority of EVOX.

2      27.    EVOX has been damaged by Cyberset's actions in a sum to be

3  determined.

4                      **PRAYER FOR RELIEF**

5      WHEREAS, EVOX prays for the following relief against Cyberset:

6      1.    On Count I:

7          a.        For maximum statutory damages in the amount of

8  $150,000 with respect to each copyrighted work infringed, or such other amounts as

9  may be proper pursuant to 17 U.S.C. § 504(c).  Alternatively, EVOX, at its election,

10  is entitled to damages and/or wrongful profits pursuant to 17 U.S.C. § 504(b) for

11  each separate infringement.

12          b.    For pre- and post-judgment interest.

13          c.    For EVOX's costs in this action, including reasonable attorney's

14  fees, pursuant to 17 U.S.C. § 505.

15      2.    On Count II:

16          a.    For maximum statutory damages in the amount of $25,000 per

17  violation under 17 U.S.C. § 1202.

18          b.    For pre- and post-judgment interest.

19          c.    For EVOX's costs in this action, including reasonable attorney's

20  fees, pursuant to 17 U.S.C. § 1203(b).

21      3.    For all counts, that the Court award EVOX such other and further relief

22  as is just and proper.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

697865.1

-5-

COMPLAINT

1

## JURY DEMAND

2       EVOX demands a trial by jury on all issues so triable.

3

4  DATED:  October 13, 2016        BROWNE GEORGE ROSS LLP

5                                  Keith J. Wesley
                                    Corbin K. Barthold

6

7                            By      */s/  Keith J. Wesley*

8                                      Keith J. Wesley
                        Attorneys for Plaintiff EVOX Productions, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

697865.1

-6-

COMPLAINT